No. 91–6057. SCHULZ v. WASHINGTON COUNTY ET AL. App. Div., Sup. Ct. N. Y., 3d Jud. Dept.; and
No. 91–6061. OSEI-AFRIYIE v. MEDICAL COLLEGE OF PENN-SYLVANIA ET AL. C. A. 3d Cir. Motions of petitioners for leave to proceed in forma pauperis denied. Petitioners are allowed until December 23, 1991, within which to pay the docketing fee

required by Rule 38(a) and to submit petitions in compliance with Rule 33 of the Rules of this Court.

JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), I would deny the petitions for writs of certiorari without reaching the merits of the motions to proceed *in forma pauperis*.